George Tonkonogy and Israel Kaufman, Respondents, v. David Fuchs and Others, Appellants.— Motion denied, without costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.